1  Christopher S. Morris, Esq., SBN 163188
   Danielle R. Pena, Esq., SBN 286002
2  MORRIS LAW FIRM, APC
   401 West A Street, Suite 1820
3  San Diego, CA 92101
   Telephone: (619) 826-8060
4  Facsimile: (619) 826-8065

5  Attorneys for Plaintiffs

6  John P. McCormick, Esq. (SBN 38064)
   Konrad M. Rasmussen, Esq. (SBN 157030)
7  Nicole Barvie, Esq. (SBN 282352)
   McCORMICK, MITCHELL &
8  RASMUSSEN
   8885 Rio San Diego Drive, Suite 227
9  San Diego, CA 92108
   Tel: (619) 235-8444
10 Fax: (619) 294-8447

11 Attorneys for Defendants CITY OF EL
   CENTRO, JAMES THOMPSON,
12 RICHARD LOPEZ, CORY GUSTAFSON
   and FELIX ASCESCION

13

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16                              (EL CENTRO)

| | |
|---|---|
| 17  LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual, | Case No. 14-cv-1807-L (DHB) |
| 18 | |
| 19 | **JOINT STATEMENT OF STIPULATED FACTS** |
| 20 | |
| 21                   Plaintiffs, | |
| 22       v. | |
| 23  CITY OF EL CENTRO; JAMES THOMPSON; RICHARD LOPEZ; CORY GUSTAFSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 – 50, inclusive, | Pre-Trial Conf. Date: **July 5, 2016** Time: **11:00 a.m.** Dept: **Courtroom 5B**  **Hon. M. James Lorenz** |
| 24 | |
| 25 | |
| 26 | |
| 27                   Defendants. | |
| 28 | |

1

JOINT STATEMENT OF STIPULATED FACTS
CASE NO. 14-CV-1807-L (DHB)

Pursuant to Fed. R. Civ. P. 16.1.f.6.c.5, Plaintiffs, LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON and CHARLES SAMPSON, JR., ("Plaintiffs") and Defendants, CITY OF EL CENTRO; JAMES THOMPSON; RICHARD LOPEZ; CORY GUSTAFSON; ASCENCION FELIX, and former Police Chief, JAMES McGINLEY ("Defendants") hereby submit the Joint Statement of Stipulated Facts as follows:

1. Jurisdiction is proper.
2. Mr. Sampson was fifty–five years old when he died on December 3, 2013.
3. Mr. Sampson resided at 165 East Holt, El Centro, California.
4. On December 3, 2013, Mr. Sampson was a fourth waiver.
5. The City did not recommend or render discipline to any of the defendant Officers for their conduct in this matter.
6. Law enforcement officers recovered a methamphetamine pipe from Mr. Sampson's vehicle, but did not recover any drugs from Mr. Sampson's residence or vehicle.

///
///
///
///

2
JOINT STATEMENT OF STIPULATED FACTS
CASE NO. 14-CV-1807-L (DHB)

7. Mr. Sampson died of a cardiac infarction caused by methamphetamine toxicity.

**MORRIS LAW FIRM, APC**

Dated: June 20, 2016         *s/ Christopher S. Morris*
Christopher S. Morris, Esq.
Attorneys for Plaintiffs

**McCORMICK, MITCHELL & RASMUSSENN**

Dated: June 20, 2016         *s/ Konrad M. Rasmussen*
Konrad M. Rasmussen, Esq.
Attorneys for Defendants

SIGNATURE CERTIFICATION:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Konrad M. Rasmussen, counsel for Defendants, City of El Centro, James Thompson, Richard Lopez, Cory Gustafson, Ascencion Felix, and former Police Chief, JAMES McGINLEY and that I have obtained Mr. Rasmussen's authorization to affix his electronic signature to this document.

Dated: June 20, 2016         *s/ Christopher S. Morris*
Christopher S. Morris, Esq.