1 | John P. McCormick, Esq. (SBN 38064)
  | Konrad M. Rasmussen, Esq. (SBN 157030)
2 | Nicole V. Barvie, Esq. (SBN 282352)
  | McCORMICK, MITCHELL & RASMUSSEN
3 | 8885 Rio San Diego Drive, Suite 227
  | San Diego, CA 92108
4 | Tel: (619) 235-8444
  | Fax: (619) 294-8447
5 |
6 | Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX

7

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10 | LAVERNE SAMPSON, individually and ) Case No.: 14 CV 1807 L DHB
   | as duly appointed Administrator and )
11 | Personal Representative of the Estate of ) **PROOF OF SERVICE**
   | CHARLES SAMPSON, SR.; JA'NEY )
12 | SAMPSON, an individual; and CHARLES )
   | SAMPSON, JR., an individual, )
13 |                                         )
   |         Plaintiffs, )
14 |    v.                                   )
   |                                         )
15 | CITY OF EL CENTRO; JAMES )
   | THOMPSON; EL CENTRO POLICE )
16 | DEPARTMENT, by and through its Police )
   | Chief, JAMES McGINLEY; and DOES 1 )
17 | through 50, inclusive, )
   |                                         )
18 |         Defendants. )
   |                                         )
19 | _____)

20         I, Sally C. Peach, the undersigned, declare as follows:

21         I am over the age of eighteen years and not a party to the case. I am employed

22  in the County of San Diego, California, where the service occurs. My business

23  address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

24         On **November 28, 2016**, I served the below document(s) on counsel of record,

25  as follows:

26         1.     DEFENDANT'S MOTION IN LIMINE # 1

27         2.     DEFENDANT'S MOTION IN LIMINE # 2

28         3.     DEFENDANT'S MOTION IN LIMINE # 3

- 1 -
PROOF OF SERVICE

|   |    |                                      |
|---|----|--------------------------------------|
| 1 | 4. | DEFENDANT'S MOTION IN LIMINE # 4     |
| 2 | 5. | DEFENDANT'S MOTION IN LIMINE # 5     |
| 3 | 6. | DEFENDANT'S MOTION IN LIMINE # 6     |
| 4 | 7. | DEFENDANT'S MOTION IN LIMINE # 7     |
| 5 | 8. | DECLARATION OF KONRAD RASMUSSEN      |

On:

Plaintiff Attorney:

Christopher S. Morris, Esq.
Chanell A. Kachi, Esq.
Danielle R. Pena, Esq.
MORRIS LAW FIRM, APC
401 West A, Suite 1820
San Diego, CA 92101
(619) 826-8060
(619) 826-8065
cmorris@morrislawfirmapc.com

Service was effectuated as follows:

**XX**   ELECTRONIC SERVICE. Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct. Executed on **November 28, 2016** at San Diego, California.

_____
Sally C. Peach