UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laverne Sampson et al., | Case No.:  14cv1807-L(DHB) |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING** |
| City of El Centro et al., | |
| Defendants. | |

Pending before the Court are motions *in limine* filed and fully briefed by all parties.  The motions are hereby submitted on the briefs.  *See* Civ. L. R. 7.1(d.1).  The hearing set on this Court's calendar for **December 19, 2016** at **10:30 a.m.** is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  December 13, 2016

_____
Hon. M. James Lorenz
United States District Judge

1