John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, RICHARD LOPEZ, CORY GUSTAFSON and FELIX ASCESCION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 14 CV 1807 L DHB<br><br>DEFENDANTS' EXHIBIT LIST<br><br>Hon. M. James Lorenz |

Exhibits Offered by Defendants

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| A. | | | El Centro Police Department Case No. 13E-34452 Property Control Report, property booked by James Thompson on December 3, 2013. Bates stamped City 000167 |
| B. | | | Six shells collected from Charles Sampson's vehicle, logged into evidence by Officer Thompson |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| C. | | | Shotgun collected from Charles Sampson's vehicle, logged into evidence by Officer Thompson |
| D. | | | Smoking paraphernalia collected from Charles Sampson's vehicle, logged into evidence by Officer Thompson |
| E. | | | Brown gun case collected from Charles Sampson's vehicle, logged into evidence by Officer Thompson |
| F. | | | Certified Court Records Re: Sampson Criminal Case JCF29618 (CITY 000168 – CITY 000171) |
| G. | | | Certified Court Records Re: Sampson Criminal Case ECM35356 (CITY 000172 – CITY 000174) |
| H. | | | Medical Records of Charles Sampson, Sr. Subpoenaed from George Fareed, M.D. |
| I. | | | Medical Records of Charles Sampson, Sr. Subpoenaed from El Centro Regional Medical Center |
| J. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Bronchus with Attached Mucus |
| K. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Mucus is Attached Not from Throat |
| L. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Bronchus Note Cartilage |
| M. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Bronchus with Thickened Basement Membrane and Cartilage |
| N. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Organizing Mucus Plug with Hyper-Trophied Muscle |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| O. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Thickened Basement Membrane |
| P. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Mucus Plug Attached to Bronchial Lining |
| Q. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Pulmonary Edema |
| R. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Bone Marrow Embolus from Resuscitation |
| S. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Pulmonary Hemorrhage and Edema |
| T. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Emphysema |
| U. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Myocardial Fibrosis |
| V. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Myocardial Fibrosis |
| W. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Myocardial Fibrosis |
| X. | | | Autopsy Photo Micrograph by Howard Robin, M.D. – Mucus Plug |
| Y. | | | EDD 1099 G 2012 |
| Z. | | | EDD 1099 G 2013 |
| AA. | | | Pacific Coast Roofers 1099 R 2012 |
| BB. | | | Pacific Coast Roofers 1099 R 2013 |
| CC. | | | Records of Charles Sampson, Sr. Subpoenaed from Spreckels Sugar |
| DD. | | | Video/Audio Interview of Sylvester Sampson by Officer Stephen Singh |
| EE. | | | Transcript of Interview of Sylvester Sampson |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| FF. | | | Disk containing 20 audio recordings from 12/3/2013 |
| GG. | | | Transcript of 20 audio recordings |

Respectfully submitted,

McCORMICK MITCHELL & RASMUSSEN

Dated: January 3, 2017

*/s/ Konrad M. Rasmussen*
Konrad M. Rasmussen, Esq.
Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX