John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, RICHARD LOPEZ, CORY GUSTAFSON and FELIX ASCESCION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 14 CV 1807 L DHB<br><br>DEFENDANTS' WITNESS LIST<br><br>Hon. M. James Lorenz |

Witnesses to be Called at Trial by Defendants – in addition to those on Joint Witness List

| Name | Date Called to Testify | Description of Testimony |
|---|---|---|
| Darryl Garber | | County of Imperial Autopsy Physician who is expected to testify concerning his autopsy findings and conclusions. |
| Steven Green | | County of Imperial Sheriff Department Deputy Coroner who is expected to testify concerning his attendance at the autopsy and the coroner's investigation. |

| Name | Date Called to Testify | Description of Testimony |
|---|---|---|
| Dr. Scott Dlugos | | Emergency Room Physician at El Centro Regional Medical Center who is expected to testify regarding the treatment rendered to the decedent and the treatment available to decedent. |
| Jesus Rubio | | Emergency Room RN at El Centro Regional Medical Center who is expected to testify regarding the emergency treatment rendered to the decedent and available to decedent and statements made in the emergency room. |
| Sylvester Sampson | | Brother of the decedent, expected to testify concerning the decedent's drug use and involvement in the sale of controlled substances. |
| James Sampson | | Brother of the decedent, expected to testify concerning the decedent's prior arrest for carrying a loaded weapon in his vehicle and presence of a drug pipe in the decedent's vehicle. |
| Stephen Singh | | El Centro Police Officer, expected to authenticate the body camera footage of his interview with Sylvester Sampson. |
| George Fareed, M.D. | | Decedent's primary care physician, expected to testify concerning his prior diagnosis of the decedent with asthma. |

Expert Witnesses to be Called at Trial by Defendants

| Name | Date Called to Testify | Description of Testimony |
|---|---|---|
| Robert Fonzi | | Defense police practices and procedures expert expected to testify regarding his analysis and opinions concerning the conduct of the defendant officers and the El Centro Police Department |
| Frederick Fung, M.D. | | Defense toxicologist expert expected to testify his analysis and opinions concerning the effects of methamphetamine generally and upon decedent |

| | | |
|---|---|---|
| Gary Vilke, M.D. | | Defense Emergency Medicine expert expected to testify concerning his analysis and opinions related to decedent's ingestion of methamphetamine, the signs and symptoms of methamphetamine intoxication and overdose, treatment therefore and the expected efficacy of emergency treatment. |
| Howard Robin, M.D. | | Defense Pathologist expert expected to testify concerning his analysis and opinions on the manner and cause of death and contributing factors. |

Respectfully submitted,

McCORMICK MITCHELL & RASMUSSEN

Dated: January 3, 2017

*/s/ Konrad M. Rasmussen*
Konrad M. Rasmussen, Esq.
Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX