John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 14 CV 1807 L DHB<br><br>DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS<br><br>Hon. M. James Lorenz<br><br>Complaint Filed:<br>Trial Date:   01/18/2017 |

1. Have any of you had a negative experience with law enforcement? If so, please explain [in camera?].

2. Do any of you hold any negative opinions or feelings concerning any law enforcement or the El Centro Police Department in particular? If so please explain [in camera?].

3. Does relatively recent publicity relating to incidents between law enforcement and African Americans in any way influence your ability to be a completely fair and impartial in this case? If so, please explain [in camera?].

4. Are you a member of, or do you in any way support, either formally or

informally any group or groups which have as one of their purposes protests against law enforcement, the activities of law enforcement or activities alleged to have been taken by law enforcement against citizenry?  If so , please explain [in camera?].

5. Will the fact that the decedent and the plaintiffs were/are of African American descent in any way influence your ability to a completely fair and impartial juror in this case?  If so please explain [in camera?].

6. Will the fact that police officers and their employer, the City of El Centro are defendants in this action in any way influence your ability to a completely fair and impartial juror in this case?  If so, please explain [in camera?].

7. Will the fact the individual defendants are Caucasian and Hispanic in any way influence your ability to be a completely fair and impartial juror in this case?  If so, please explain [in camera?].

Respectfully submitted,

McCORMICK MITCHELL & RASMUSSEN

Dated: January 3, 2017

/s/ John McCormick
John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Attorneys for Defendants City of El Centro, James Thompson, Cory Gustafson, Richard Lopez and Ascencion Felix