Christopher S. Morris, Esq., SBN 163188
Danielle R. Pena, Esq., SBN 286002
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiffs LAVERNE SAMPSON, JA'NEY SAMPSON & CHARLES SAMPSON Jr.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 14 CV 1807 L DHB<br><br>**PLAINTIFFS' EXHIBIT LIST** |

A. <u>Joint Exhibit List Offered by Plaintiffs and Defendants</u>

| | | | |
|---|---|---|---|
| 200. | | | Demonstrative Timeline # 1 |
| 201. | | | Demonstrative Timeline # 2 |
| 202. | | | Demonstrative Timeline # 3 |
| 203. | | | Demonstrative Timeline # 4 |
| 204. | | | Demonstrative Timeline # 5 |
| 205. | | | Demonstrative Timeline # 6 |
| 206. | | | Demonstrative # 1 |
| 207. | | | Demonstrative # 2 |
| 208. | | | Demonstrative # 3 |
| 209. | | | Demonstrative # 4 |
| 210. | | | Demonstrative # 5 |
| 211. | | | Demonstrative # 6 |
| 212. | | | Demonstrative # 7 |
| 213. | | | Demonstrative # 8 |
| 214. | | | Demonstrative # 9 |
| 215. | | | Demonstrative # 10 |
| | | | |
| 300. | | | Audio – City 66 – recordings |
| 301. | | | City 66 – Transcriptions of Relevant Portions |
| 302. | | | Audio – City 126 – recordings |
| 303. | | | Audio – City 125 – interviews |
| 304. | | | City 125 – Transcriptions |
| 305. | | | Video – City 67 |

| | | | |
|---|---|---|---|
| 306. | | | City 67 – Transcriptions of Relevant Portions |
| 307. | | | Video – City 68 |
| 308. | | | City 68 – Transcriptions of Relevant Portions |
| 309. | | | Video – City 69 |
| 310. | | | Photos – City 70 |
| | | | |
| 400. | | | Incident Report (001 - 0025) |
| 401. | | | Donohue Report (003 – 005) |
| 402. | | | Ascencion Report (006 – 007) |
| 403. | | | Lopez Report (008 – 0011) |
| 404. | | | Gustafson Report (0012 – 0017) |
| 405. | | | Thompson Report (0018 – 0023) |
| 406. | | | Hernandez Report (0030 – 0031) |
| 407. | | | Meneses Report (0036 – 0046) |
| 408. | | | Ramirez Report |
| 409. | | | Seaman Reports (00175 – 00185) |
| 410. | | | Gonzales / K9 Report (0048 – 0050) |
| 411. | | | BEST Report (0097 – 00100) |
| 412. | | | On Scene Witness List #1 (0032 – 0035) |
| 413. | | | On Scene Witness List # 2 (00127 – 00130) |
| 414. | | | Property Control Report (0047 - 0049 |
| 415. | | | Booking Paperwork (0024 – 0029) |
| 416. | | | Officer of the Year |
| 417. | | | Coroner's Report (0051 – 0065) |

| No. | | | Description |
|---|---|---|---|
| 418. | | | BEST on – scene Officers (0095) |
| 419. | | | Bio-Tox Toxicology Report |
| 420. | | | 2012 Criminal Complaint (00168 – GV00174) |
| 421. | | | Thompson Training Courses (00195 – 00216) |
| 422. | | | Gustafson Training Courses (00217 – 00238) |
| 423. | | | Lopez Training Courses (00239 – 00260) |
| 424. | | | Sampson Criminal Records |
| 425. | | | Lopez's Verizon Call Log |
| 426. | | | Jr.'s Screen Shoot of 911 call |
| 427. | | | Denise's Call Log of 911 call |
| 428. | | | Jr.'s Cards (CSJR001 – 006) |
| 429. | | | Ja'Ney Cards |
| 430. | | | Certificate re: Officer Thompson's Completion of MINI-DAR training |
| 431. | | | Certificate re: Officer Thompson's Completion of Specialized Passenger Vehicle Criminal and Terrorist Identification and Apprehension Workshop |
| 432. | | | Training Records for Officer Gustafson |
| 433. | | | Certificate re: Officer Gustafson's Completion of Specialized Passenger Vehicle Criminal and Terrorist Identification and Apprehension Workshop |
| 434. | | | Training Records for Officer Lopez |
| 435. | | | Certified copy of records re: criminal case JCF29618 |

| | | | |
|---|---|---|---|
| 436. | | | Certified copy of records re: criminal case ECM35356 |
| 437. | | | EDD 1099 G 2012 |
| 438. | | | EDD 1099 G 2013 |
| 439. | | | Pacific Coast Roofers 1099 R 2012 |
| 440. | | | Pacific Coast Roofers 1099 R 2013 |
| | | | |
| 500. | | | Policy 900 (0071 – 0082) |
| 501. | | | Policy 1000 (00101 – 104) |
| 502. | | | Policy 1020 (00261 – 00267) |
| 503. | | | POST Learning Domains |
| 504. | | | POST Selection Requirements (00105 – 00112) |
| 505. | | | Govt Code re Hiring (00113 – 00124) |
| 506. | | | Dispatch Policies (0083 – 0088) |
| 507. | | | Ad Hoc Report (0089 – 0094) |
| 508. | | | Master Call Log (00133 – 00166) |
| | | | |
| 600. | | | Gustin Rule 26 Report |
| 601. | | | Melinek Rule 26 Report |
| 602. | | | Lichten Rule 26 Report |
| 603. | | | Marin Rule 26 Report |
| 604. | | | Gustin Rule 26 Rebuttal Report |
| 605. | | | Melinek Rule 26 Rebuttal Report |
| 606. | | | Lichten Rule 26 Rebuttal Report |
| 607. | | | Fonzi Rule 26 Report |
| 608. | | | Robin Rule 26 Report |
| 609. | | | Vilke Rule 26 Report |

PLAINTIFFS' EXHIBIT LIST
14 CV 1807 L DHB

| | | | |
|---|---|---|---|
| 610. | | | Fung Rule 26 Report |
| 611. | | | Robin Rule 26 Rebuttal Report |
| | | | |
| 700. | | | Jr.'s Medical Records |
| 701. | | | 12/3/14 ECRMC Records (ECRMC001 - 0015) |
| 702. | | | Dr. Fareed Medical Records |
| | | | |
| 800. | | | Spreckels Employment Paperwork |
| 801. | | | Funeral Expenses (LS007 – 0017) |
| 802. | | | Memorial Service Invoice (LS0018) |
| 803. | | | Financial Documents (LS001 – 006) |
| 804. | | | Tax Returns (LS0019-0053) |
| | | | |
| 900. | | | Gustafson Interview Transcript |
| 901. | | | Lopez Interview Transcript |
| 902. | | | Seaman Interview Transcript |
| 903. | | | Thompson Interview Transcript |
| | | | |
| 1000. | | | Donohue Deposition Transcript |
| | | | |
| 2000. | | | Request for Production, # 1 – to Laverne (Request and Response) |
| 2001. | | | Special Interrogatory, # 1 – to Laverne (Request and Response) |
| 2002. | | | Request for Production, # 1 – to Janey (Request and Response) |
| 2003. | | | Special Interrogatory, # 1 – to Janey (Request and Response) |

| | | | |
|---|---|---|---|
| 2004. | | | Request for Production, # 1 – to Jr. (Request and Response) |
| 2005. | | | Special Interrogatory, # 1 – to Jr. (Request and Response) |
| 2006. | | | Special Interrogatory, # 2 – to Jr. (Request and Response) |
| 2007. | | | Special Interrogatory, # 1 – to El Centro (Request and Response) |
| 2008. | | | Request for Production, # 2 – to El Centro  (Request and Response) |
| 2009. | | | Request for Production, # 3 – to El Centro  (Request and Response) |
| 2010. | | | Request for Production, # 4 – to El Centro  (Request and Response) |

B. <u>Exhibits Offered by Plaintiffs</u>

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Young Adult Charles with daughter Ja'Ney |
| 2. | | | Young Adult Charles with straw hat |
| 3. | | | Adult Charles with beanie and sunglasses |
| 4. | | | Adult Charles with hat and overalls |
| 5. | | | Adult Charles outside wearing a hat |
| 6. | | | Charles standing in the kitchen with a cup to his mouth |
| 7. | | | Charles storing mattresses into a truck |
| 8. | | | Charles in plaid standing next to a woman wearing a brown coat |
| 9. | | | Charles next to Charles jr., wife and daughter Ja'Ney |
| 10. | | | Charles fishing at a pond |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 11. | | | Charles making a funny face next to his son. |
| 12. | | | Young Charles on a three-wheeler bike |
| 13. | | | Young Charles on a three-wheeler |
| 14. | | | Adult Charles with family members |
| 15. | | | Charles with four other people |
| 16. | | | Charles standing in kitchen doorway |
| 17. | | | Charles sitting in a brown chair |
| 18. | | | Charles sitting on a bed with an older gentleman and his nurse |
| 19. | | | Charles watering lawn |
| 20. | | | Young Adult Charles wearing a hat and overalls |
| 21. | | | Young Adult Charles standing next to a woman with curlers in her hair |
| 22. | | | Charles showing off a fish that he caught |
| 23. | | | Charles showing off another fish |
| 24. | | | Charles with a toothpick in his mouth and showing off a fish |
| 25. | | | Charles showing off side view of fish |
| 26. | | | Charles with his mouth wide open showing off a fish |
| 27. | | | Charles looking back at camera holding a fish |
| 28. | | | Charles looking at the fish that he is holding |
| 29. | | | Young Adult Charles kneeling in front of three people and a baby |
| 30. | | | Charles in a vest and tie |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 31. | | | Charles wearing a vest and tie and standing next to three other people |
| 32. | | | Charles walking daughter down the aisle |
| 33. | | | Charles standing next to three people next to a red truck |
| 34. | | | Charles holding a coffee cup with two other people |
| 35. | | | Charles sitting at a picnic bench with a woman |
| 36. | | | Family picture at a wedding |
| 37. | | | Charles wearing a white dress shirt at a cemetery |
| 38. | | | Charles with family members |
| 39. | | | Charles holding a beverage at Christmas |
| 40. | | | Charles walking daughter down the aisle |
| 41. | | | Charles standing next to a huge tree trunk with three other women |
| 42. | | | Charles next to his children and wife during Christmas |
| 43. | | | Charles wearing a white shirt posing with two other people |
| 44. | | | Charles wearing a green shirt and baseball hat |
| 45. | | | Charles wearing a plaid long sleeve standing next to a woman |
| 46. | | | Young daughter holding a baby |
| 47. | | | Charles and Laverne being silly and fully clothed in a shower |
| 48. | | | Young Adult Charles hanging out with four other people |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 49. | | | Young Adult Charles sitting at a table wearing a purple shirt and fishing hat |
| 50. | | | Charles holding a blue cup standing next to two women |
| 51. | | | Charles sitting down at a table |
| 52. | | | Charles wearing a vest and tie standing next to a woman in purple |
| 53. | | | Charles in a vest and tie standing next to a man |
| 54. | | | Charles standing next to a woman holding purple flowers |
| 55. | | | Poster of Charles |
| 56. | | | Charles holding paper in his mouth while showing off a fish |
| 57. | | | Charles pulling a trash can |
| 58. | | | Picture of daughter in pigtails |
| 59. | | | Young Adult Charles holding a fish with a lake in the background |
| 60. | | | Polaroid picture of a woman in a black dress |
| 61. | | | School picture of Charles |
| 62. | | | Young adult Charles sitting in a chair next to a woman |
| 63. | | | Charles sitting on a bed with two other people, smiley face in top left corner |
| 64. | | | Three woman posing for picture, far right throwing up the peace sign |
| 65. | | | Adult Charles next to black car standing with two other people |
| 66. | | | Charles hanging outside with four other people |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 67. | | | Charles hanging outside with four other people |
| 68. | | | Charles sitting at a picnic bench with two women in background |
| 69. | | | Charles standing in the shade with another man |
| 70. | | | Charles standing in the kitchen with a woman behind him |
| 71. | | | A man holding a side view of a fish in front of his face |
| 72. | | | Charles holding a side view of a fish |
| 73. | | | Charles holding a fish |
| 74. | | | Charles holding a fish from a distance |
| 75. | | | Charles holding a fish showing the side view |
| 76. | | | Charles showing front view of fish |
| 77. | | | Two women standing in the kitchen |
| 78. | | | Charles setting up music at Christmas event |
| 79. | | | A man and woman standing in front of a house |
| 80. | | | A young woman sitting in a chair smiling |
| 81. | | | An older gentleman sitting on a couch |
| 82. | | | Four people posing for a picture |
| 83. | | | Charles standing by a picnic table with three other people |
| 84. | | | A picture of a woman hanging on the wall |
| 85. | | | A man holding a toddler girl at party |

PLAINTIFFS' EXHIBIT LIST
14 CV 1807 L DHB

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 86. | | | A man and woman posing for picture at a cemetery |
| 87. | | | A woman sitting at a table with legs crossed |
| 88. | | | A woman sitting in a chair holding a baby girl |
| 89. | | | Two women sitting in separate chairs |
| 90. | | | Three men posing for picture in front of truck |
| 91. | | | A man pointing his finger at another man in front of a truck |
| 92. | | | A school picture of a young boy |
| 93. | | | Five people posing for a picture at a cemetery |
| 94. | | | Two women posing for picture at cemetery |
| 95. | | | Three woman sitting on a couch posing for the camera |
| 96. | | | Two men posing for the camera in front of car at a distance |
| 97. | | | Two people sitting at picnic bench |
| 98. | | | A woman sitting in chair while holding a baby girl |
| 99. | | | Nine people sitting on floor and none are looking at camera |
| 100. | | | A woman and a young boy sitting on a picnic table |
| 101. | | | A woman standing and has hand on a man that is sitting |
| 102. | | | A woman sitting on a bed with Bluetooth in wear holding two little girls |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 103. | | | A man sitting on a couch with a little girl sitting in his lap |
| 104. | | | A school picture of a young boy |
| 105. | | | A picture of a little girl wearing pink |
| 106. | | | Three people sitting in chairs at a funeral |
| 107. | | | Seven people sitting in chairs at a funeral service |
| 108. | | | More people gathered at a funeral service to pay respects |
| 109. | | | Four people posing for picture with three standing and one sitting on bed of a truck |
| 110. | | | Adult Charles standing next to two women and a baby |
| 111. | | | Close up of Charles standing next to two women and a baby |
| 112. | | | Two men not looking at camera |
| 113. | | | A calendar with peoples pictures on their birthday dates |
| 114. | | | Picture of Charles Sampson family tree |
| 115. | | | A memoir about Charles Sampson with writing and pictures |
| 116. | | | Another page of a memoir about Charles Sampson |
| 117. | | | Another page of a memoir about Charles Sampson |
| 118. | | | Dr. Melinek's microscopic slides of Mr. Sampson |

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 119. | | | Youtube Video |

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: January 3, 2017

s/ *Christopher S. Morris*

_____

Christopher S. Morris, Esq.
Attorneys for Plaintiffs Laverne Sampson, Ja'ney Sampson and Charles Sampson, Jr