Christopher S. Morris, Esq., SBN 163188
Danielle R. Pena, Esq., SBN 286002
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Attorneys for Plaintiffs LAVERNE SAMPSON, JA'NEY SAMPSON & CHARLES
SAMPSON Jr.

John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole V. Barvie, Esq. (SBN 282352)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY
GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON , individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 14 CV 1807 L DHB<br><br>**JOINT APPLICATION TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM** |

Plaintiffs Laverne Sampson, individually and as duly appointed Administrator and Personal Representative of the Estate of Charles Sampson, Sr., Ja'Ney Sampson, and Charles Sampson, Jr. and Defendants City of El Centro, James Thompson, Cory Gustafson, Richard Lopez, and Ascencion Felix through their counsel of record,

1  hereby jointly move this Court for an Order permitting counsel to bring and use

2  electronic equipment in Courtroom 5B, 5th Floor for the duration of the jury trial set

3  to begin on January 18, 2017, and expected to conclude by February 3, 2017.

4       During the trial in the above-captioned case the parties intend to use electronic

5  equipment and devices.  The electronic equipment and devices are material and

6  necessary for efficient presentation of both parties' cases.  To confirm that the

7  equipment and devices are working properly in conjunction with the courtroom

8  infrastructure, the parties request permission to bring and test the equipment prior to

9  January 18, 2017.

10       The following devices are necessary to be allowed in the Courthouse for the

11  use by trial counsel in Courtroom 5B during the trial proceedings in this case:

12      1.    ELMO (to the extent not already provided in the Courtroom);

13      2.    Video Screens for Witness and Jury to view exhibits as they are admitted

14           (to the extent not already provided in the Courtroom);

15      3.    Laptop computer provided by AJL which ONLY includes admitted

16           video and audio exhibits for the Jury to use during deliberations;

17      4.    VGA Plug (to the extent not already provided in the Courtroom);

18      5.    Multiple socket power strips with extension cords;

19      6.    Laptop computers;

20      7.    Laptop computers for use with Trial Director;

21      8.    Wireless Modem;

22      9.    Exhibits used in conjunction with this equipment.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

During the trial, these exhibits and equipment shall be in the constructive custody and shall be subject to the control of counsel for Plaintiffs and Defendants, and their designated staff members.  The exhibits and equipment will be stored in a secure area of the Courthouse during the trial or as otherwise directed by the Court.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated:  January 3, 2017        s/ Christopher S. Morris

_____
Christopher S. Morris, Esq.
Attorneys for Plaintiffs Laverne Sampson, Ja'ney Sampson and Charles Sampson, Jr

McCORMICK MITCHELL & RASMUSSEN

Dated:  January 3, 2017        s/ Konrad M. Rasmussen

_____
Konrad M. Rasmussen, Esq.
Attorneys for Defendants City of El Centro, James Thompson, Cory Gustafson, Richard Lopez and Ascencion Felix

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Konrad M. Rasmussen counsel for Defendants, and that I have obtained Mr. Rasmussen's authorization to affix her electric signature to this document.

MORRIS LAW FIRM, APC

Dated:  January 3, 2017        s/ Christopher S. Morris

_____
Christopher S. Morris, Esq.
Attorneys for Plaintiffs Laverne Sampson, Ja'ney Sampson and Charles Sampson

- 3 -