UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laverne Sampson et al., | Case No.:  14cv1807-L(DHB) |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE THE JOINT APPLICATION TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM** |
| v. | |
| City of El Centro et al., | |
| Defendants. | |

The Joint Application to Allow Use of Electronic Equipment in the Courtroom is **DENIED**, as many of the requested items are available in the courtroom.  The parties are directed jointly to schedule a time with the Courtroom Deputy to familiarize themselves with the electronic equipment in the courtroom.  Denial is **WITHOUT PREJUDICE** to renewing the request for electronic equipment not already available in the courtroom.

**IT IS SO ORDERED.**

Dated:  January 5, 2017

Hon. M. James Lorenz
United States District Judge

1

14cv1807-L(DHB)