# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>Plaintiffs,<br>v.<br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 14 CV 1807 L DHB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY ORDER RE: TRIAL [DOC 85]**<br><br>Courtroom: 5B (5th Floor - Schwartz)<br><br>Hon. M. James Lorenz |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Modify the Order Re: Trial [DOC 85] is **GRANTED**. Accordingly, the following due dates set in the Order Re: Trial are continued as follows:

1. Final witness and exhibit lists for each side shall be served and filed no later than March 13, 2017. Four copies of each document must be delivered to chambers. The parties shall further condense their witness and exhibit lists to eliminate cumulative evidence.

2. Proposed *voir dire* questions and designated deposition transcripts, if any, shall be lodged and served no later than March 13, 2017. Two copies of each

document must be delivered to chambers. The pertinent portions of the designated transcripts shall be marked.

    3.  If the parties intend to use any electronic, audio, or video equipment at trial, they must, no later than March 13, 2017, comply with the appropriate provisions of the undersigned's Standing Order for Civil Cases.

    4.  Unless otherwise specified herein, the parties shall at all times comply with the Federal Rules of Civil Procedure, Federal Rules of Evidence, Civil Local Rules of this District, and the undersigned's Standing Order for Civil Cases.

**IT IS SO ORDERED**.

Dated: January 5, 2017

_____
Hon. M. James Lorenz
United States District Judge