Christopher S. Morris, Esq., SBN 163188
Danielle R. Pena, Esq., SBN 286002
MORRIS LAW FIRM, APC
401 West A Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(EL CENTRO)

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; RICHARD LOPEZ; CORY GUSTAFSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 14-cv-1807-L (DHB)<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br>Judge: M. James Lorenz<br>Ctrm: 5B, 5th Fl. (Schwartz) |

1  Plaintiffs hereby submit this Notice of Settlement to notify the Court that the
2  lawsuit has been settled, and to request 60 days in which to file the dismissal.

**MORRIS LAW FIRM, APC**

5  Dated: February 9, 2017

*s/ Christopher S. Morris*
Christopher S. Morris
Attorneys for Plaintiffs