# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF EL CENTRO *et al.*,<br><br>      Defendants. | Case No.: 14-cv-1807-L (DHB)<br><br>**ORDER DENYING MOTIONS AS MOOT** |

In light of Plaintiff's Notice of Settlement filed February 9, 2017, the pending motions *in limine* (docs. no. 86-92, 95 & 98-102) and related motions to seal (docs. no. 96 & 105) are denied without prejudice as moot.

**IT IS SO ORDERED**.

Dated:  February 14, 2017

_____
Hon. M. James Lorenz
United States District Judge

- 1 -