John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
Katherine E. Orletsky, Esq. (SBN 299857)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR.; JA'NEY SAMPSON, an individual; and CHARLES SAMPSON, JR., an individual,<br><br>Plaintiffs,<br>v.<br><br>CITY OF EL CENTRO; JAMES THOMPSON; EL CENTRO POLICE DEPARTMENT, by and through its Police Chief, JAMES McGINLEY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 14 CV 1807 L DHB<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>F.R.C.P. 41(a)(1)<br><br>Hon. M. James Lorenz |

TO THIS HONORABLE COURT:

Plaintiffs LAVERNE SAMPSON, individually and as duly appointed Administrator and Personal Representative of the Estate of CHARLES SAMPSON, SR., JA'NEY SAMPSON and CHARLES SAMPSON, JR., and Defendants CITY OF EL CENTRO, JAMES THOMPSON, CORY GUSTAFSON, RICHARD LOPEZ and ASCENCION FELIX hereby jointly move for an order dismissing this case in its entirety, with prejudice, each party to bear its/his/her own attorneys' fees and costs.

///

///

Good cause exists for the dismissal because the parties have reached a settlement.

Respectfully submitted,

McCORMICK MITCHELL & RASMUSSEN

Dated: March 6, 2017                /s/ Konrad M. Rasmussen
                                    _____

John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Nicole Barvie, Esq.
Attorneys for Defendants City of El Centro, James Thompson, Cory Gustafson and Richard Lopez


MORRIS LAW FIRM, APC

Dated: March 6, 2017                /s/Christopher S. Morris
                                    _____

Christopher S. Morris, Esq.
Attorneys for Plaintiffs Laverne Sampson, individually and for the Estate of Charles Sampson, Sr. Ja'ney Sampson and Charles Sampson, Jr.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Christopher Morris, counsel for Plaintiffs, and that I have obtained Mr. Morris' authorization to affix his electric signature to this document.

Dated: March 6, 2017                /s/ Konrad M. Rasmussen
                                    _____

John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Nicole Barvie, Esq.
Attorneys for Defendants City of El Centro, James Thompson, Cory Gustafson, Richard Lopez and Ascencion Felix