# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SAMPSON *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>CITY OF EL CENTRO *et al.*<br><br>　　　　Defendants. | Case No.: 14 CV 1807 L DHB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Pending before the Court is a Joint Motion for Dismissal of Entire Action with Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the joint motion is granted. This action is dismissed in its entirety with prejudice, each party to bear its, his or her own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated:  March 8, 2017

　　　　　　　　　　　　　　　　　　　　　　*/s/ M. James Lorenz*
　　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -